BEFORE THE THIRD DIVISION, SEPTEMBER 3, 1963

**No. 67956.**—Dessy Enterprises, Inc. *v.* United States, protests 217551–K, etc. (Los Angeles).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of porcelain, earthenware, or glass articles of Austrian, West German, or Italian origin, the claims of the plaintiff were sustained.